BEFORE THE SECOND DIVISION, MAY 26, 1948

**No. 52347.**—American Import Co. *v.* United States, protest 116492–K (El Paso).

Opinion by TILSON, J. When the case was called for trial the protest was submitted upon the official papers. A perusal of same disclosing no error in the action of the collector, the protest was overruled.

**No. 52348.**—Syndicate Trading Co. *v.* United States, protests 491026–G, etc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 52349.**—Kay Flo Glove Co. et al. *v.* United States, protests 497230–G, etc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiffs was therefore sustained.